**SILVERMANACAMPORA LLP**
Ronald J. Friedman, Esq., the Subchapter V Trustee
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

IN RE:

MARIANNE B. WALDRON,                              Chapter 11
                                                 Case No. : 22-35056 (CGM)
                              Debtor.
---------------------------------------------------------X

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NASSAU     )

     I, **CHRISTINE M. GIARDINO,** being duly sworn, depose and say that: I am not a party to this action, am over 18 years of age and am employed by SilvermanAcampora LLP.

     On July 1, 2022, deponent served the within **SECOND AMENDED NOTICE OF HEARING ON APPLICATION FOR FIRST AND FINAL ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES BY RONALD J. FRIEDMAN, ESQ., THE SUBCHAPTER V TRUSTEE** by **First Class Mail** delivery to the addresses listed below, said addresses designated for that purpose, by depositing a true copy of same enclosed in a properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

**TO:**    **\*Please see attached service list\***

                                         *s/Christine M. Giardino*
                                         **CHRISTINE M. GIARDINO**

Sworn to before me this                    Christine D'Aquila
1st day of July, 2022.                     Notary Public, State of New York
                                           No.: 01DA4875643
                                           Qualified in Suffolk County
    *s/Christine D'Aquila*                Commission Expires November 3, 2022
Notary Public

## SERVICE LIST

***Debtor***
Marianne B. Waldron
42 Pickerel Road
Monroe, NY 10950

**Debtor's Counsel**
Michelle L Trier, Esq.
Genova, Malin & Trier, LLP
1136 Route 9
Wappingers Falls, NY 12590

**Office of the United States Trustee**
Alicia M. Leonhard, Esq.
DOJ-Ust
Leo O'Brien Federal Building
11A Clinton Avenue, Room 620
Albany, NY 12207

Lisa M. Penpraze, Esq.
DOJ-Ust
Leo O'Brien Federal Building
11A Clinton Avenue, Suite 620
Albany, NY 12207

**Parties having filed a Notice of Appearance**
Bruce W. Bieber, Esq.
Kurzman Eisenberg Corbin & Lever
One North Broadway, 12th Fl.
White Plains, New York 10601

**CREDITORS**
Iron Mountain
1101 Enterprise Drive
Royersford, PA 19468-4201

Advisory Trust Group, LLC, solely in its cap
c/o Bruce W. Bieber, Esq.
Kurzman Eisenberg Corbin & Lever, LLP
One North Broadway, 12th Floor
White Plains, NY 10601-2332

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

**Error! Unknown document property name.**

Securities and Exchange Commission
Attn: Allistaire Bambach
233 Broadway
New York, NY 10279-0001

United States Attorney's Office
Southern District of New York
Attention: Tax & Bankruptcy Unit
86 Chambers Street, Third Floor
New York, NY 10007-1825

Poughkeepsie Division
355 Main Street
Poughkeepsie, NY 12601-3315

Advisory Trust Group, LLC
c/o Bruce Bieber, Esq.; Kurzman Eisenber
One North Broadway, 12th Floor
White Plains, NY 10601-2310

Affirm, Inc.
650 California Street, 12th Floor
San Francisco, CA 94108-2716

Altium Healthcare
Po Box 505525
Saint Louis, MO 63150-5525

American Express
Po Box 297871
Fort Lauderdale, FL 33329-7871

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Bank of America
West Seneca - Credit Services
29670 Transit Road
Buffalo, NY 14224

Blupax Pharmaceuticals
160 Raritan Center Parkway, Unit 1
Edison, NJ 08837-3637

**Error! Unknown document property name.**

Blustein Shapiro Rich & Barone LLP
10 Matthews Street
Goshen, NY 10924-1959

Braunagel & Braunagel, Inc.
10-12 Sussex Street
Port Jervis, NY 12771-2421

Capital One Venture One
PO Box 6492
Carol Stream, IL 60197-6492

Carl & Renate Braunagel
135 Neptune Drive
Monroe, NY 10950-5222

Carl Braunagel
68 River Road
Montague, NJ 07827-3226

Comenity Bank/Bjs
PO Box 182120
Columbus, OH 43218-2120

Comenity Bank/Roamans
PO Box 182789
Columbus, OH 43218-2789

Cornerstone Family Healthcare
2570 Route 9w, Suite 10
Cornwall, NY 12518-1370

Capital One Bank (USA), N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC 28272-1083

FDS Amplicare
PO Box 92095
Las Vegas, NV 89193-2095

Frontier Communications
PO Box 740407
Cincinnati, OH 45274-0407

Garnet Health Medical Center
707 E. Main Street (Medical)
Middletown, NY 10940-2650

**Error! Unknown document property name.**

Kenneth Manzo
125 Timber Ridge Drive
Shohola, PA 18458-2814

Lowes
PO Box 530970
Atlanta, GA 30353-0970

M&T Bank
Legal Document Processing
626 Commerce Drive
Amherst, NY 14228-2307

Marcello Cirigliano, Esq.
Johnson Foley & Cirigliano PC
15 Scott's Corners Drive
Montgomery, NY 12549-2259

Merchant Capital Source
2121 Main Street, Suite 220
Huntington Beach, CA 92648

New York State Dept. Of Taxation
Bankruptcy/Special Procedures Section
P.O. Box 5300
Albany, NY 12205-0300

Paramount Rx
2054 Kildaire Farm Road, #403
Cary, NC 27518-6614

Peter Falli
116 Toad Pasture Road
Westtown, NY 10998-2729

Pharmsource LLC
123 Newman Drive
Brunswick, GA 31520-2936

Port Jervis Community Development Agency
PO Box 1002
Port Jervis, NY 12771-0134

Pride Mobility Products Corporation
401 York Ave
Duryea, PA 18642-2025

PSSNY
210 Washington Avenue Extension
Albany, NY 12203-6339

QK Healthcare Inc.
35 Sawgrass Drive
Bellport, NY 11713-1575

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
Comenity Capital Bank
PO Box 788
Kirkland, WA 98083-0788

Robert Schultz, CPA
7 West Broome Street
Port Jervis, NY 12771-1802

RX30 TDS System
6021 South Rio Grande Avenue
Suite 300
Orlando, FL 32809-4613

SEN Security Systems, Inc.
17 Wheeler Avenue
Warwick, NY 10990-1314

Securities and Exchange Commission
Washington, DC 20549-0001

Toyota Motor Credit Corporation
PO Box 105386
Atlanta, GA 30348-5386

Toyota Motor Credit Corporation
PO Box 9013
Addison, Texas 75001-9013

U.S. Small Business Administration
409 3rd Street, SW
Washington, DC 20416-0005

Vitaly Gutkovich DDS
20 Millpond Parkway
Monroe, NY 10950-3565

M&T Bank
Legal Document Processing
PO Box 844
Buffalo, NY 14240

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

**SDNY GOVERNMENT AGENCIES**
NYS Dept. Taxation & Finance
Bankruptcy/Special Procedures Section
P.O. Box 5300
Albany, NY 12205-0300

NYC Dept. of Finance
Office of Legal Affairs
375 Pearl Street, 30th Floor
New York, NY 10038

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

United States Attorney's Office
Southern District of New York
Attention: Tax & Bankruptcy Unit
86 Chambers Street, Third Floor
New York, NY 10007

United States Trustee's Office
Region 2
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

United States Trustee's Office
74 Chapel Street
Albany, NY 12207

U.S. Securities and Exchange Commission
New York Regional Office
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281-1022

Social Security Administration
Office of the Regional Chief Counsel, Region II
26 Federal Plaza, Room 3904
New York, NY 10278

**Error! Unknown document property name.**

Parking Violations Bureau
210 Joralemon Avenue
Brooklyn, NY 11201

NYS Unemployment Insurance Fund
P.O. Box 551
Albany, NY 12201

John Cahill, Esq.
Regional Counsel for New York/New Jersey
U.S. Department of Housing and Urban Development
26 Federal Plaza, Room 3500
New York, NY 10278-0068

U.S. Department of Health and Human Services
Office of the General Counsel
26 Federal Plaza – Room 3908
New York, NY 10278

Robert Roberts
Office of Site Remediation Enforcement
Office of Enforcement and Compliance Assurance
U.S. Environmental Protection Agency
1200 Pennsylvania Ave, N.W.
Mail Code 2272A
Washington, DC 20004-2004

Department of Education
For service of process in adversary proceeding:
Education Department
Office of General Counsel
400 Maryland Ave. SW, Rm. 6E353
Washington, DC 20202

U.S. Department of Education
50 Beale St #8629
San Francisco, CA 94105

U.S. Department of Education
P.O. Box 5609
Greenville, TX 75403-5609

U.S. Department of Education
50 Beale St #8629
San Francisco, CA 94105

U.S. Department of Education
P.O. Box 5609
Greenville, TX 75403-5609

**Error! Unknown document property name.**

Michigan Department of Treasury, Tax Policy Division
ATTN: Litigation Liaison
2nd Floor, Austin Building
430 West Allegan Street
Lansing, MI 48922

California Franchise Tax Board
Chief Counsel
c/o General Counsel Section
P.O. Box 1720, MS: A-260
Rancho Cordova, CA 95741-1720

California Franchise Tax Board
Bankruptcy Section, MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

Director
California Department of Tax and Fee Administration
450 N Street, MIC:104
Sacramento, CA 95814-0104

California Department of Tax and Fee Administration
Special Operations Bankruptcy Team, MIC:74
P.O. Box 942879
Sacramento, CA 94279-0074

**Error! Unknown document property name.**